Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletree.com
Kathryn C. Newman
Nevada Bar No. 13733
kathryn.newman@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
Telephone: 702-369-6800
Fax: 702-369-6888

*Attorneys for Defendant Intermountain Healthcare*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| MICHELLE CHADDERTON,<br><br>Plaintiff,<br><br>vs.<br><br>INTERMOUNTAIN HEALTHCARE, a Utah Corporation; LORRAINE ROEUN, an individual; and JUDITH BARNETT, an individual,<br><br>Defendants. | CASE NO.: 2:24-cv-00192-APG-NJK<br><br>**STIPULATION AND [PROPOSED[ ORDER TO CONTINUE EARLY NEUTRAL EVALUATION** |
|---|---|

Defendant Intermountain Healthcare, ("Defendant") individual Defendants Lorraine Roeun and Judith Barnett ("Individual Defendants"), and Plaintiff Michelle Chadderton ("Plaintiff"), by and through their respective undersigned counsel, hereby stipulate and jointly request the Early Neutral Evaluation ("ENE") currently set for July 18, 2024 be continued to a date after August 14, 2024 or during the weeks of August 19, 2024 and August 26, 2024, or as soon thereafter as the Court can schedule the continued ENE.

Defendants' lead counsel, Suzanne L. Martin will be out of the country, and will not be returning to the office until July 24, 2024. Immediately thereafter, and through August 9, 2024, Plaintiff will be traveling, as will counsel for the Individual Defendants, and as such they will not be available.

/ / /

/ / /

-1-

The parties recognize that conducting the ENE in August 2024 will result in the ENE to be within four to six weeks of the close of discovery, which is currently scheduled for September 30, 2024. The parties therefore agree to work together in good faith to make a joint request to extend the time for discovery, either before or after the ENE, should they determine that additional time to complete discovery is necessary and appropriate.

This stipulation and joint request is being made in good faith, and not for purposes of causing any delays.

DATED this 20th day of June, 2024.

LAW OFFICES OF MICHAEL P. BALABAN

/s/ Michael P. Balaban
Michael P. Balaban
Nevada Bar No. 9370
10726 Del Rudini Street
Las Vegas, NV 89141

*Attorney for Plaintiff,*
*Michelle Chadderton*

DATED this 20th day of June, 2024.

MARTINEZ, DIETERICH & ZARCONE LEGAL GROUP

/s/ Jenny L. Foley
Jenny L. Foley, Ph.D.
Nevada Bar No. 9017
7881 W. Charleston Blvd., Suite 210
Las Vegas, NV 89117

*Attorney for Defendants,*
*Lorraine Roeun and Judith Barnett*

DATED this 20th day of June, 2024.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C.

/s/ Kathryn C. Newman
Suzanne L. Martin
Nevada Bar No. 8833
Kathryn C. Newman
Nevada Bar No. 13733
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135

*Attorneys for Defendant,*
*Intermountain Healthcare*

**ORDER**

IT IS SO ORDERED. The parties' stipulation is granted, but the Court does not have availability in August 2024 per the parties' request. The ENE is rescheduled to September 19, 2024. The rest of the Court's previous order (ECF No. 9) remains in full effect.

_____
UNITED STATES MAGISTRATE JUDGE

6-25-24
_____
DATE