# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Michelle Chadderton,

        Plaintiff(s),

vs.

Intermountain Healthcare,

        Defendant(s).

2:24-cv-00192-APG-NJK

**ORDER VACATING EARLY NEUTRAL EVALUATION (ECF NO. 16)**

    IT IS ORDERED that, considering the parties' Notice of Settlement (ECF No. 19), the previously scheduled Early Neutral Evaluation (ECF No. 16) is VACATED.

    Date: September 13, 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

1