## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE CHADDERTON,<br><br>Plaintiff<br><br>v.<br><br>INTERMOUNTAIN HEALTHCARE, et al.,<br><br>Defendants | Case No.: 2:24-cv-00192-APG-NJK<br><br>**Order** |

The parties previously advised the court that they had settled this matter and anticipated filing a stipulation for dismissal in mid-October. ECF No. 19. Nothing has been filed.

I THEREFORE ORDER the parties to file a stipulation to dismiss or status report regarding settlement by January 22, 2025.

DATED this 8th day of January, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE