Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletree.com
Kathryn C. Newman
Nevada Bar No. 13733
kathryn.newman@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
Telephone: 702-369-6800
Fax: 702-369-6888

*Attorneys for Defendant, Intermountain Healthcare*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE CHADDERTON,<br><br>  Plaintiff,<br><br>vs.<br><br>INTERMOUNTAIN HEALTHCARE, a Utah Corporation; LORRAINE ROEUN, an individual; and JUDITH BARNETT, an individual,<br><br>  Defendants. | CASE NO.: 2:24-cv-00192-APG-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Michelle Chadderton ("Plaintiff") and Defendants Intermountain Healthcare, Lorraine Roeun and Judith Barnett ("Defendants"), by and through their respective attorneys (collectively, "the Parties"), hereby stipulate that all claims Plaintiff had or may have had against Defendants that are contained in, are reasonably related to or could have been brought in the above-captioned action, are hereby dismissed, with prejudice, in their entirety. Further each party is to bear their own attorneys' fees and costs.

///

///

///

-1-

DATED this 11th day of January, 2025.

LAW OFFICES OF MICHAEL P. BALABAN

/s/ Michael P. Balaban
Michael P. Balaban
Nevada Bar No. 9370
10726 Del Rudini Street
Las Vegas, NV 89141

*Attorney for Plaintiff,*
*Michelle Chadderton*

MARTINEZ, DIETERICH & ZARCONE LEGAL GROUP

/s/ Jenny L. Foley
Jenny L. Foley, Ph.D.
Nevada Bar No. 9017
3753 Fairlawn Avenue
Las Vegas, NV  89121

*Attorney for Defendants,*
*Lorraine Roeun and Judith Barnett*

DATED this 11th day of January, 2025.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C.

/s/ Kathryn C. Newman
Suzanne L. Martin
Nevada Bar No. 8833
Kathryn C. Newman
Nevada Bar No. 13733
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135

*Attorneys for Defendant,*
*Intermountain Healthcare*

IT IS SO ORDERED.

**ORDER**

_____
UNITED STATES DISTRICT COURT JUDGE

January 14, 2025
DATE